OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 20. 2015

8/19/2015
**BUSH, CASEY AKA BUSH, CASEY ADARRELLS**   Tr. Ct. No. W06-86251-J (A)
WR-83,508-02

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

*RTS*
*Discharged*

Abel Acosta, Clerk
U T F



RETURNED TO SENDER
MOVED, LEFT NO ADDRESS
Do not remail this envelope

CASEY BUSH
HUTCHINS UNIT - TDC # 1970223
1500 E. LANGDON RD.